**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Arthur James WILLIAMS, Jr., a.k.a.
Sonny Love, Defendant–
Appellant.**

**No. 08–10301
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

July 3, 2008.

Kristen Gartman Rogers, Carlos Alfredo Williams, Peter J. Madden, SAL–Federal

Public Defender, Mobile, AL, for Defendant–Appellant.

Steven E. Butler, Mobile, AL, for Plaintiff–Appellee.

Before EDMONDSON, Chief Judge, ANDERSON and HULL, Circuit Judges.

PER CURIAM:

Kristen Gartman Rogers, appointed counsel for Arthur James Williams, Jr., in this appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Williams's conviction and sentence are **AFFIRMED.**